## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

JAMES W. ATKINS, <u>et</u> <u>al.</u>,

      Plaintiffs,

v.                                                    Case No. 5:14-cv-593-Oc-32PRL

NEAL S. SMALBACH, EVEREST
INDEMNITY INSURANCE
COMPANY, a Delaware Corporation,
and MICK AND ASSOCIATES, PC,
LLO, a Nebraska professional limited
liability company,

      Defendants.

_____

### <u>O R D E R</u>

    This case is before the Court on Plaintiffs' Motion to Remand (Doc. 6) and the associated filings (Doc. 9; Doc. 10; Doc. 15). On February 6, 2015, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 16) recommending that the motion be denied and that Counts I and II of Plaintiff's Second Amended Complaint be severed and remanded to state court. Plaintiffs objected to the Report and Recommendation (Doc. 20) and Defendant Mick and Associates responded (Doc. 24).[1] Plaintiffs filed a Third Amended Complaint (Doc. 22), which provides more detailed allegations against Mick and Associates but does not change the analysis on

_____

[1] Defendant Neal Smalbach filed an objection to the removal in state court. (Doc. 23).

the remand motion.[2]  Upon <u>de novo</u> review of the file, and for the reasons stated in the

Report and Recommendation (Doc. No. 16), it is hereby

**ORDERED:**

1.    The Report and Recommendation of the Magistrate Judge (Doc. 16) is

**ADOPTED** as the opinion of the Court.

2.    Plaintiffs' Motion to Remand (Doc. 6) is **GRANTED in part** and

**DENIED in part**.

3.    The claims against Defendant Neal Smalbach, Counts I and II, are

severed and **REMANDED** to the Fifth Judicial Circuit in and for Marion County,

Florida. The Clerk should therefore terminate Smalbach as a party to this case.

However, this case should remain open as to the remaining parties.

4.    No later than **April 3, 2015**, Plaintiffs must file a Fourth Amended

Complaint addressed only to Defendant Mick and Associates. No later than **April 24,**

**2015**, Mick and Associates must respond to the Fourth Amended Complaint.

5.    Mick and Associates' motion for extension of time to respond to Plaintiffs'

Third Amended Complaint (Doc. 25) is therefore **MOOT**.

6.    The parties have until **April 13, 2015** to file a Case Management Report.

---

[2] The Court need not decide whether Plaintiffs had authority to file the Third
Amended Complaint without Court approval because the determination of that issue
would not change the result.

**DONE AND ORDERED** in Jacksonville, Florida the 13th day of March, 2015.

_____
TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies to:

Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of record

3